# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-3820

Douglas Gaer, et al v. Education Mgmt Corp, et al

2-10-cv-01061

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 18, 2012

DWB/cc:     Thomas E. Birsic, Esq.
            David A. Brownlee, Esq.
            Steven J. Buttacavoli, Esq.
            Kathleen M. Donovan-Maher, Esq.
            Laura E. Ellsworth, Esq.
            Margaret C. Gleason, Esq.
            Thomas S. Jones, Esq.
            Timothy N. Mathews, Esq.
            Kristin J. Moody, Esq.
            Steven A. Schwartz, Esq.
            Andrew R. Stanton, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.